(No. 74-CC-289—Claimant ▮▮▮▮▮▮▮

BISMARCK HOTEL Co., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed March 25, 1974.*

BISMARK HOTEL CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. AR-
KEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.